MISTY A. MURRAY (SBN CA 196870)
mmurray@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Avenue, Suite 3600
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

JS-6

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD COMBE, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Defendants. | Case No. 8:18-cv-01796 JFW (JDEx)<br><br>(Honorable John F. Walter)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure, Rule 41(a), and following the settlement of this matter, Plaintiff Chad Combe and Defendant Metropolitan Life Insurance Company, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party shall bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: October 30, 2020	HINSHAW & CULBERTSON LLP

By: */s/ Misty A. Murray*
MISTY A. MURRAY
Attorneys for Defendant
Metropolitan Life Insurance Company

DATED: October 30, 2020	LAW OFFICES OF CHRISTIAN J. GARRIS

By: */s/ Christian J. Garris*
CHRISTIAN J. GARRIS
Attorneys for Plaintiff
Chad Combe

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Misty A. Murray hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

**IT IS SO ORDERED.**

**DATED: November 2, 2020**

HON. JOHN F. WALTER
U.S DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1014108\306871763.v1